IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PASCALE ANDRE                            :        CIVIL ACTION
                                         :
            vs.                          :
                                         :        NO. 02-3516
AMTRAK                                   :

O R D E R


**AND NOW, TO WIT:** This 1st day of October, 2002,
it having been reported that the issues between the parties in the above action has been settled
and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to
agreement of counsel without costs.


**MICHAEL E. KUNZ**, Clerk of Court


**BY:**_____
                    Katherine Gallagher
                    Deputy Clerk


Civ 2 (8/2000)
41(b).frm